UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DIEGO F. PORTELA, on behalf of himself and all other similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC. and JOHN DOES 1-25,<br><br>*Defendant*. | Civil Action No. 17-3431<br><br>**ORDER** |

**John Michael Vazquez, U.S.D.J.**

For the reasons set forth in the accompanying Opinion, and for good cause shown

IT IS on this 5th day of February, 2019,

**ORDERED** that Defendant's motion for judgment on the pleadings (D.E. 18) is **GRANTED**; and it is further

**ORDERED** that judgement is entered in Defendant's favor and the Complaint is dismissed with prejudice; and it is further

**ORDERED** that the Clerk of the Court is directed to close this matter.

John Michael Vazquez, U.S.D.J.